# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PAMELA TATE, </br>  Plaintiff, </br> v. </br> UNITED TECHNOLOGIES, </br>  Defendant. | No. 15-cv-2602-SHL-dkv |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation filed on September 25, 2015. (ECF No. 8.) In her Report and Recommendation, the Magistrate Judge recommended that Plaintiff's *Pro Se* Complaint be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim. For the following reasons, the Magistrate Judge's Report and Recommendation is adopted in its entirety.

The Magistrate Judge submitted her Report and Recommendation pursuant to 28 U.S.C. § 1915(e)(2), which requires that the Court screen *in forma pauperis* complaints and dismiss any complaint that is frivolous, fails to state a claim, or seeks monetary relief against an immune defendant. See 28 U.S.C. § 1915(e)(2)(i–iii). The Magistrate Judge found that Plaintiff's *Pro Se* Complaint fails to state a claim upon which relief can be granted, and recommended that it be dismissed.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No

objections to the Report and Recommendation have been filed, and the time for filing objections has expired.  See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, Plaintiff's *Pro Se* Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 21st day of October, 2015.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE